Robert F. Balkenbush, Esq.
State Bar No. 1246
Thorndal, Armstrong,
Delk, Balkenbush & Eisinger
6590 S. McCarran Blvd. #B
Reno, Nevada 89509
Telephone: (775) 786-2882
Fax No.:  (775) 786-8004
E-Mail:  rbalkenbush@thorndal.com
Attorneys for Plaintiff
SAFETY MUTUAL CASUALTY CORPORATION

Walter R. Canon, Esq.
State Bar No. 1505
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant
COUNTY OF CLARK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFETY MUTUAL CASUALTY CORPORATION,<br><br>　　　　　Plaintiff,<br>vs.<br><br>COUNTY OF CLARK, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____/<br><br>CLARK COUNTY, NEVADA,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>SAFETY MUTUAL CASUALTY CORPORATION,<br><br>　　　　　Counterdefendant.<br>_____/ | Case No. 2:10-cv-00426-PMP-PAL |

## JOINT EMERGENCY MOTION AND STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE [FOURTH REQUEST]

Pursuant to our prior Stipulation and Order requesting the extension of a discovery deadline filed June 30, 2011 (#23), and this Court's Order entered by the U.S. Magistrate on July 7, 2011 (#25), the parties fully expected to complete all discovery in this matter by August 26, 2011. As part of this process, a number of depositions were scheduled during the final full week of August 23, 2011 which included the closing depositions of Clark County's representatives Elizabeth Ayers and Deputy District Attorney Clifford Jeffers, Clark County also completed the deposition of Plaintiff's experts on Wednesday, August 24, 2011 and Thursday, August 25, 2011.

As part of this process and due to a Rule 29 Stipulation and Order regarding the disclosure of certain privilege materials, it was anticipated that Plaintiff would be designating Mr. Carl Reynolds, Senior Vice-President of Claims, as the last deposition to be taken and completed in this action.

Clark County had also served a corresponding Notice of Deposition in accordance with the provisions of Rule 30(b)(6) with Mr. Carl Reynolds as the designated deponent.

In conjunction with both the Joint Agreement and Stipulation, Mr. Reynolds agreed to fly from St. Louis, Missouri for his deposition to be taken in Las Vegas no later than September 1, 2011 since the week of August 22, 2011 had been consumed with the remaining depositions in question. However, in advance of two days of his departure, Mr. Reynolds ascertained that his medical condition made it prudent for him to fly to Vegas especially since he was undergoing continuing treatment for his condition.

/ / /

/ / /

Based upon Mr. Reynolds' advice from his medical treating physician, it was agreed that both counsel, further respective parties, that Mr. Reynolds' deposition would have to be postponed, at least for the foreseeable six to eight weeks.

Accordingly, both parties seek an order extending the discovery deadline for the sole purpose of completing Mr. Carl Reynolds' deposition no later than October 25, 2011. The parties also jointly seek an order extending the related deadline of the following dispositive motion.

I.

### ARGUMENT

A. **BOTH PLAINTIFF AND DEFENDANTS AGREE THAT THE CONTINUED DEPOSITION OF MR. CARLTON REYNOLDS AND ITS CORRESPONDING RULE 30(B)(6) DESIGNATION IS IMPORTANT FOR THE COMPLETION OF DISCOVERY FOR BOTH PARTIES IN THIS MATTER.**

With the exception noted, all discovery has been completed with the exception of the deposition of Mr. Carlton Reynolds, the senior vice-president of claims for Safety Mutual.

There is no dispute between the parties that Mr. Reynolds was going to be the last deposition completed in conformance with the Court's prior discovery orders. However, under the circumstances, Safety Mutual presented a justifiable excuse for his inability to attend and participate in the scheduled deposition. Mr. Reynolds was certified as unable to travel to Vegas or participate in a deposition by his treating physician, Dr. Norman Fishman, M.D. (See Affidavit of Counsel attached hereto).

B. **GOOD CAUSE EXISTS TO EXTEND DISCOVERY FOR THIS LIMITED 60 DAYS FOR THE SOLE AND EXCLUSIVE PURPOSE OF THE COMPLETION OF THE DEPOSITION OF MR. CARLTON REYNOLDS AS SAFETY'S RULE 30(B)(6) DESIGNEE.**

To facilitate the completing of Mr. Carlton Reynolds' deposition as well as his designation under Rule 30(b)(6), Plaintiff and Defendants jointly request that discovery in this matter be

extended for an additional 60 days for the sole and exclusive purpose of completing his deposition. It is anticipated that Mr. Reynolds will be able to travel or undergo his deposition within this time frame. Both parties submit that good cause exists to extend the discovery for additional 60 days in light of this deponent's medical condition.

In accordance with Local Court Rule 26-4, the parties provide the following information:

Beyond those items which are first noted in the parties' joint submission of April 15, 2011, and the subsequent joint submission of June 30, 2011, the following additional deposition discovery has been completed:

1. July 28, 2011, an initial deposition session of Clifford Jeffers, Deputy District Attorney (Civil Division);

2. On August 1, 2011, Plaintiff took and completed the deposition of Defendant's trial expert, Peter Kochenburger;

3. On Thursday, August 4, 2011, Plaintiff took the deposition of Gail Brooks, a claims adjuster for the relevant third-party administrator for Clark County's Workers' Compensation Claims (CDS CompFirst; Nevada Administrators; and Sierra Nevada Administrators);

4. On August 23, 2011, Plaintiff took the last deposition of Elizabeth Ayres (the Clark County Workers' Compensation Coordinator);

5. On Wednesday, August 24, 2011, Defendant took the deposition of Plaintiff's expert, Jill Lynne, Esq.;

6. On August 25, 2011, Defendant took the deposition of Plaintiff's expert, Gary Jennings; and

///

- 4 -

7. On August 26, 2011, Plaintiff took the final deposition session of Clifford Jeffers, Deputy District Attorney Civil Division for Clark County.

### C. DISCOVERY THAT REMAINS TO BE COMPLETED.

The following discovery remains to be completed.

(1) The deposition of Carl Reynolds, Senior Vice-President of Claims of Safety Mutual in his individual capacity and as a Rule 30(b)(6) deponent.

(2) Reasons why discovery was not completed. As set forth above, the deposition of Mr. Reynolds was not completed due to his intervening medical illness.

(3) Proposed schedule for the completion of all remaining discovery. The parties jointly request an additional 60 days for the sole purpose of completing the remaining deposition of Mr. Reynolds and the Rule 30(b)(6) deposition. The timing of Mr. Reynolds' deposition will depend upon his release by his medical treating physician, Dr. Norman Fishman of Chesterfield, Missouri. However, the parties anticipate Mr. Reynolds' course of treatment will be completed within the next six to eight weeks. Parties agree to coordinate Mr. Carl Reynolds' deposition accordingly whether in Las Vegas or in St. Louis, Missouri upon mutually agreeable dates and times.

## II.

## CONCLUSION

Based upon the foregoing, Plaintiff and Defendant respectfully request that the Court enter an Order allowing the deposition of Mr. Carl Reynolds to be completed as noted. The parties request the Court extend the discovery deadline for an additional 60 days for the sole and exclusive purpose of facilitating the taking of his deposition.

///

Finally, the parties request that the deadline to file dispositive motions and/or to submit the Joint Pretrial Order be extended for an additional 90 days upon the following revision to the discovery plan and scheduling order:

(1) Discovery cutoff to be extended to October 25, 2012;

(2) Dispositive motions deadline to be extended to November 23, 2011; and

(3) Joint Pretrial Order deadline to be extended to December 23, 2011.

DATED this 7th day of September 2011.    DATED this 7th day of September 2011.

THORNDAL, ARMSTRONG, DELK,           OLSON, CANNON, GORMLEY
DELK, BALKENBUSH & EISINGER          & DESRUISSEAUX

/s/ Robert F. Balkenbush, Esq.                /s/ Walter Cannon, Esq.
ROBERT F. BALKENBUSH, ESQ.           WALTER R. CANNON, ESQ.
Nevada Bar No. 1246                  Nevada Bar No. 001505
6590 S. McCarran Blvd. #B            9950 W. Cheyenne Avenue
Reno, NV 89509                       Las Vegas, NV 89129
Attorneys for Plaintiff              Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 8th day of September, 2011.

PHILIP M. PRO
United States District Judge

- 6 -