WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
KATHERINE J. GORDON, ESQ.
Nevada Bar No. 005813
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorneys for Defendant/
Counterclaimant
Clark County, Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFETY MUTUAL CASUALTY CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, and DOES I through 50, inclusive,<br><br>    Defendant.<br>_____<br>CLARK COUNTY, NEVADA,<br><br>    Counterclaimant,<br><br>vs.<br><br>SAFETY MUTUAL CASUALTY CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Counterdefendant. | Case No 2:10-cv-00426-PMP-PAL |

### STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DATES FOR DISPOSITIVE MOTIONS

WHEREAS, Plaintiff, SAFETY MUTUAL CASUALTY CORPORATION, filed a Motion for Summary Judgment [#39], Request for Judicial Notice [#41] and Motion to Bifurcate Trial [#42] on November 23, 2011; and

WHEREAS, any Response to the Motion for Summary Judgment is due by December 17, 2011; and

WHEREAS, any Response to the Motion to Bifurcate Trial is due by December 10, 2011; and

WHEREAS, the parties have scheduled a mediation in this matter for December 9, 2011;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, if the mediation proves unsuccessful, that any Response to the dispositive motions filed by Plaintiff on November 23, 2011, shall be due by Defendant on December 27, 2011;

IT IS FURTHER STIPULATED AND AGREED by and between the parties that any Reply to the dispositive motions filed by Plaintiff on November 23, 2011, shall be due by Plaintiff on January 20, 2012.

DATED this 30 day of November, 2011.                    DATED this 30 day of November, 2011.

/s/ Robert F. Balkenbush, Esq.                          /s/ Walter R. Cannon, Esq.
ROBERT F. BALKENBUSH, ESQ.                              WALTER R. CANNON, ESQ.
Nevada Bar No. 1246                                     Nevada Bar No. 1505
6590 S. McCarran Blvd. #B                               9950 W. Cheyenne Avenue
Reno, Nevada 89509                                      Las Vegas, Nevada 89129
Attorneys for Plaintiff                                 Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED this _ 1st day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE