WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
KATHERINE J. GORDON, ESQ.
Nevada Bar No. 005813
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorneys for Defendant/
Counterclaimant
Clark County, Nevada

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFETY MUTUAL CASUALTY CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, and DOES I through 50, inclusive,<br><br>            Defendant.<br><hr>CLARK COUNTY, NEVADA,<br><br>            Counterclaimant,<br><br>vs.<br><br>SAFETY MUTUAL CASUALTY CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Counterdefendant. | Case No 2:10-cv-00426-PMP-PAL |

### STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DATES FOR DISPOSITIVE MOTIONS
(2nd Request)

. . .

. . .

. . .

WHEREAS, Plaintiff, SAFETY MUTUAL CASUALTY CORPORATION, filed a Motion for Summary Judgment [#39], Request for Judicial Notice [#41] and Motion to Bifurcate Trial [#42] on November 23, 2011; and

WHEREAS, the parties submitted a Stipulation and Order to Extend Response and Reply Dates for Dispositive Motions on November 30, 2011, which the Court granted on December 1, 2011 [#44]; and

WHEREAS, the parties had scheduled a mediation in this matter for December 9, 2011; however, due to scheduling conflicts of the mediator and Plaintiff's client, this mediation is now rescheduled to February 6, 2012; and

WHEREAS, the parties are hereby requesting a second extension to respond to the dispositive motions filed by the Plaintiff;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, any Response to the dispositive motions filed by Plaintiff on November 23, 2011, shall be due by Defendant on January 11, 2012;

IT IS FURTHER STIPULATED AND AGREED by and between the parties that any Reply to the dispositive motions filed by Plaintiff on November 23, 2011, shall be due by Plaintiff on January 30, 2012.

DATED this 21 day of December, 2011.                    DATED this 21 day of December, 2011.

/s/ Robert F. Balkenbush, Esq.                           /s/ Walter R. Cannon, Esq.
ROBERT F. BALKENBUSH, ESQ.                               WALTER R. CANNON, ESQ.
Nevada Bar No. 1246                                      Nevada Bar No. 1505
6590 S. McCarran Blvd. #B                                9950 W. Cheyenne Avenue
Reno, Nevada 89509                                       Las Vegas, Nevada 89129
Attorneys for Plaintiff                                  Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this _ 21st day of December, 2011.

_____